MYRTLE ANNIE SEGAR, as Executrix of and Trustee under the Last Will and Testament of ELZIE CRISLER SEGAR, Deceased, Respondent, v. KING FEATURES SYNDICATE, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOSEPH ROMANO, an Infant, by FRANK ROMANO, His Guardian ad Litem, and FRANK ROMANO, Respondents, v. GERARD MOTOR SALES, INC., Appellant, Impleaded with Another, Defendant.— Order unanimously modified by denying an examination of the defendant-appellant before trial as to item " 4," and as so modified affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BRONX SAVINGS BANK, Respondent, v. KIAMIE HOLDING CORP., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WALTER M. VOZNEY, Respondent, v. TATIANA VOZNEY, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JACK KANE, Appellant, v. AUDIO DEVICES, INC., Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed and for the production of books and records to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

IRVING FRIEDMAN, Respondent, v. FRANK LEVINSOHN and Another, Defendants, Impleaded with J. EVERETT LEVINSOHN, INC., Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. Bill of particulars to be served within five days after the completion of the examination before trial of the defendants. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE GREENWICH SAVINGS BANK, Respondent, v. 105 EAST 24TH STREET CORP. and Others, Appellants, Impleaded with Another, Defendant.— Order, so far as appealed from, unanimously modified by denying motion to examine defendants-appellants before trial as to items 11, 14 and 16 of the notice of motion, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BERNARDO CERRONE, Respondent, v. GOODSTEIN IRON AND STEEL COMPANY, INC., Defendant, Impleaded with DORHENY CORPORATION, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion of the defendant-appellant, Dorheny Corporation, to implead A. LaSala & Bros., Inc., as an additional party defendant and to permit defendant-appellant, Dorheny Corporation, to serve a copy of its answer containing a cross-cause of action against A. LaSala & Bros., Inc., granted, with leave to said defendant to answer within ten days from date of entry of order. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.